| United States Bankruptcy Court For the Western District of Wisconsin | | Voluntary Petition |
|---|---|---|
| Name of Debtor (if individual, enter Last, First, Middle): Harry Viner, Inc. | | Name of Joint Debtor (Spouse) (Last, First, Middle): |
| All other names used by the Debtor in the last 8 years (Include married, maiden, and trade names): | | All other names used by the Joint Debtor in the last 8 years (Include married, maiden, and trade names): |
| Last four digits of Soc. Sec./Complete EIN or other Tax I.D. No. (if more than one, state all): 39-1088044 | | Last four digits of Soc. Sec./Complete EIN or other Tax I.D. No. (if more than one, state all): |
| Street Address of Debtor (No. & Street, City, State & Zip Code): 1600 Miller Street La Crosse, WI 54601 | | Street Address of Joint Debtor (No. & Street, City, State & Zip Code): |
| County of Residence or Principal Place of Business: La Crosse | | County of Residence or Principal Place of Business: |
| Mailing Address of Debtor (if different from street address): | | Mailing Address of Joint Debtor (if different from street address): |
| Location of Principal Assets of Business Debtor (if different from street address above): | | |

| Type of Debtor (Form of Organization) (Check one Box) | Nature of Business (Check all applicable boxes) | Chapter or Section of Bankruptcy Code Under Which The Petition is Filed (Check one box) |
|---|---|---|
| ☐ Individual (includes Joint Debtor) See Exhibit D on page 2 of this form<br>X Corporation (includes LLC and LLP)<br>☐ Partnership<br>☐ Other (If debtor is not one of the above entities, check this box and state type of entity below). | ☐ Health Care Business<br>☐ Single Asset Real Estate as defined in 11 U.S.C. § 101(51B)<br>☐ Railroad<br>☐ Stockbroker<br>☐ Commodity Broker<br>☐ Clearing Bank<br>X Other<br>**Tax Exempt Entity** (Check box, if applicable)<br>☐ Debtor is a tax-exempt organization under Title 25 of the United States Code (the Internal Revenue Code) | ☐ Chapter 7    X Chapter 11    ☐ Chapter 15 Petition for Recognition of a Foreign Main Proceeding<br>☐ Chapter 9    ☐ Chapter 12<br>☐ Chapter 15 Petition for Recognition of a Foreign Nonmain Proceeding<br>☐ Chapter 13 |
| | | **Nature of Debts** (Check one box)<br>☐ Debts are primarily consumer debts Defined in 11 U.S.C. § 101(8) as (incurred by an individual primarily for a Personal, family, or household purpose."    X Debts are primarily Business Debts |

| Chapter 11 Debtors | Filing Fee (Check one box) |
|---|---|
| Check one Box:<br>X Debtor is a small business as defined in 11 U.S.C. § 101(51D)<br>☐ Debtor is not a small business defined in 11 U.S.C. § 101(51D)<br>Check if:<br>☐ Debtor's aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $2,343.300 (amount subject to adjustment on 4/01/13 and every three years thereafter).<br>Check all applicable boxes:<br>☐ A Plan is being filed with this Petition.<br>☐ Acceptance of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b) | X Full Filing Fee attached<br>☐ Filing Fee to be paid in installments (Applicable to individuals only) Must attach signed application for the Court's consideration certifying that the debtor is unable to pay fee except in installments. Rule 1006(b). See Official Form No. 3A.<br>☐ Filing Fee waiver requested (Applicable to Chapter 7 individuals only). Must attach signed application for the court's consideration. See Official Form 3B. |

| Statistical/Administrative Information (Estimates only) | THIS SPACE IS FOR COURT USE ONLY |
|---|---|
| X Debtor estimates that funds will be available for distribution to unsecured creditors.<br>☐ Debtor estimates that, after any exempt property is excluded and administrative expenses paid, there will be no funds available for distribution to unsecured creditors. | |

Estimated Number of Creditors

| 1-49 | 50-99 | 100-199 | 200-999 | 1,000-5,000 | 5,0001-10,000.00 | 10,001-25,000.00 | 25,001-50,000 | 50,001-100,000 | Over 100,000 |
|---|---|---|---|---|---|---|---|---|---|
| X | | | | | | | | | |

Estimated Assets

| $0 to $50,000 | $50,001 to $100,000 | $100,001 to $500,000 | $500,001 to $1 Million | $1,000,001 to $10 Million | $10,000,001 to $50 million | $50,000,001 to $100 million | $100,000,001 to $500 Million | $500,000,001 to $1 Billion | More than $1 Billion |
|---|---|---|---|---|---|---|---|---|---|
| | | | X | | | | | | |

Estimated Liabilities

| $0 to $50,000 | $50,001 to $100,000 | $100,001 to $500,000 | $500,000.01 to $1 Million | $1,000,001 to $10 Million | $10,000,001 to $50 Million | $50,000,001 to $100 Million | $100,000,001 to $500 Million | $500,000,001 to $1 Billion | More than $1 Billion |
|---|---|---|---|---|---|---|---|---|---|
| | | | X | | | | | | |

| Voluntary Petition<br>*(This page must be completed and filed in every case.)* | Name of Debtor(s):<br>Harry Viner, Inc. |
|---|---|

### Prior Bankruptcy Case Filed Within Last 8 Years (If more than one, attach additional sheet)

| Location where filed: None | Case No: | Date Filed: |
|---|---|---|

### Pending Bankruptcy Case Filed by any Spouse, Partner, or Affiliate of this Debtor (If more than one, attach additional sheet)

| Name of Debtor: None | Case No: | Date Filed: |
|---|---|---|
| District: None | Relationship: | Judge: |

### Signatures

**Exhibit A**
(To be completed if debtor is required to file periodic reports (e.g., forms 10K and 10Q) with the Securities and Exchange Commission pursuant to Section 13 or 15(d) of the Securities Exchange Act of 1934 and is requesting relief under Chapter 11.)
  Exhibit A is attached and made a part of this petition.

**Exhibit B**
(To be completed if Debtor is an individual whose debts are primarily consumer debts)

I, the attorney for the petitioner named in the foregoing petition, declare that I have informed the petitioner that [he or she] may proceed under Chapter 7, 11, 12 or 13 of Title 11, United Sates Code, and have explained the relief available under each such Chapter. I further certify that I delivered to the debtor the notice required by § 342(b) of the Bankruptcy Code.

s/Galen W. Pittman
Galen W. Pittman, Attorney for Debtors

Date  Oct 21, 2011

**Exhibit C**
Does the debtor own or have possession of any property that poses or is alleged to pose a threat of imminent and identifiable harm to public health or safety?
  Yes, and Exhibit C is attached and made a part of this petition.
  X No

**Exhibit D**
(To be completed by every individual debtor. If a joint petition is filed, each spouse must complete and attach a separate Exhibit D.)
  __ Exhibit D completed and signed by the debtor is attached and made a part of this petition.
If this is a joint petition:
  __ Exhibit D also completed and signed by the joint debtor is attached and made a part of this petition.

### Information Regarding the Debtor Venue
(Check any applicable box)

X Debtor has been domiciled or has had a residence, principal place of business, or principal assets in this District for 180 days immediately preceding the date of this Petition or for a longer part of such 180 days than in any other District.

  There is a bankruptcy case concerning debtor's affiliate, general partner, or partnership pending in this District.

  Debtors is a debtor in foreign proceeding and has its principal place of business or principal assets in the United States in this District, or has no principal place of business or assets in the United States but is a defendant in an action or proceeding (in a federal or state court) in this District, or the interests of the parties will be served in regard to the relief sought in this District.

### Statement by a Debtor Who Resides as a Tenant of Residential Property
Check all applicable boxes.

  Landlord has a judgment against the debtor for possession of debtor's residence. (If box checked, complete the following)

Name of Landlord that obtained Judgment

Address of Landlord
  Debtor claims that under applicable nonbankruptcy law, there are circumstances under which the debtor would be permitted to cure the entire monetary default that gave rise to the judgment for possession, after the judgment for possession was entered, and
  Debtor has included in this petition the deposit with the court of any rent that would become due during the 30-day period after the filing of the petition.
  Debtor certifies that he/she has served the Landlord with this certification. (11 U.S.C. § 362(l).

### Signature(s) of Debtor(s) Individual/Joint

I declare under penalty of perjury that the information provided in this petition is true and correct.
[If petitioner is an individual whose debts are primarily consumer debts and has chosen to file under Chapter 7] I am aware that I may proceed under Chapter 7, 11, 12 or 13 of Title 11, United States Code, understand the relief available under each such chapter, and choose to proceed under Chapter 7.
I request relief in accordance with the Chapter of Title 11, United State Code, specified in this petition.

_____
Debtor

_____
Debtor

_____
Date

### Signature of Attorney

s/Galen W. Pittman
Galen W, Pittman, Attorney for Debtor(s)
Galen W. Pittman, S.C
300 North Second St., Ste. 210
Post Office Box 668
La Crosse, Wisconsin  54602-0668
(608) 784-0841

_Oct 21, 2011_
Date

### Signature of Debtor (Corporation/Partnership)

I declare under penalty of perjury that the information provided in this petition is true and correct, and that I have been authorized to file this petition on behalf of the debtor.

The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

s/Laurie A. Alexander
Signature of Authorized Individual

Laurie A. Alexander
Printed Name of Authorized Individual

President
title of Authorized Individual

_10-21-11_
Date

### Signature of a Foreign Representative

I Declare under penalty of perjury that the information provided in this Petition is true and correct, that I am a foreign representative of a debtor in a foreign proceeding, and that I am authorized to file this petition.
(Check only one box)
  I request relief in accordance with Chapter 15 title 11, United States Code. Certified copies of the documents required by § 1515 of title 11 are attached.

  Pursuant to § 1511 of title 11, United States Code, I request relief in accordance with the chapter of title 11 specified in this petition. A certified copy of the order granting recognition of the foreign main proceeding is attached.

  (Signature of Foreign Representative)

=Printed Name of foreign Representative

=Date

### Signature of Non-Attorney Bankruptcy Petition Preparer

I declare under penalty of perjury that: (1) I am a bankruptcy petition preparer as defined in 11 U.S.C. § 110; (2) I prepared this document for compensation and have provided the debtor with a copy of this document and the notices and information required under 11 U.S.C. § 110(b), 110(h), and 342(b); and, (3) if rules or guidelines have been promulgated pursuant to 11 U.S.C. § 110(H) setting a maximum fee for services chargeable by bankruptcy petition preparers, I have given notice of the maximum amount before preparing any document for filing for a debtor or accepting any fee from the debtor, as required in that section. Official Form 19B is attached.

_____
Printed Name of Bankruptcy Petition Preparer

_____
Social Security Number

_____
Address

_____
Signature of Bankruptcy Preparer or officer, principal, responsible person, or partner whose social security number if provided above.

Names and Social Security Numbers of all other individuals who prepared or assisted in preparing this document unless the bankruptcy petition preparer is not an individual

If more than one person prepared this document, attach additional sheets conforming to the appropriate official form for each person.

_____
Signature of Bankruptcy Petition Preparer

_____
Date

A bankruptcy petition preparer's failure to comply with the provisions of title 11 and the Federal Rules of Bankruptcy Procedure may result in fines or imprisonment or both 11 U.S.C. § 110; 18 U.S.C. §156.

DECLARATION UNDER PENALTY OF PERJURY
ON BEHALF OF A CORPORATION OR PARTNERSHIP

    I, Laurie A. Alexander, President named as debtor in this case, declare under penalty of perjury that I have read The foregoing  and that is it true and correct to the best of my knowledge and belief.

Dated: __10-21-11__

Signature: __s/Laurie A. Alexander,__

Laurie A. Alexander, President
(Print Name and Title)

**United States Bankruptcy Court**
**Western District Of Wisconsin**

**In re: Harry Viner, Inc.**

Case No. _____

**Debtor(s)**

Chapter 11 _____

**DISCLOSURE OF COMPENSATION OF ATTORNEY FOR DEBTOR**

1. Pursuant to 11 U.S.C. § 329(a) and Fed. Bankr. P. 2016(b), I certify that I am the attorney for the above named debtor(s) and that compensation paid to me within one year before the filing of the petition in bankruptcy, or agreed to be paid to me, for services rendered or to be rendered on behalf of the debtor(s) in contemplation of or in connection with the bankruptcy case is as follows:

   For legal services, I have agreed to accept . . . . . . . . . . . . . . . . . $ <u>Billed at hourly rate of $200.00 per hour</u>

   Prior to the filing of this statement I have received . . . . . . . . . $<u>10,000.00</u>
   Additional $15,000.00
   to be paid per agreement
   Balance Due . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . $ <u>Will be billed at hourly rate of $200.00 against retainer</u>

2. The source of the compensation paid to me was:

   <u>X   </u> Debtor          _____ Other (specify)

3. The source of compensation to be paid to me is:

   <u>X   </u> Debtor          _____ Other (specify)

4. <u>X   </u> I have not agreed to share the above-disclosed compensation with any other person unless they are members and associates of my law firm.

   _____ I have agreed to share the above-disclosed compensation with another person or persons who are not members or associates of my law firm. A copy of the agreement, together with a list of the names of the people sharing in the compensation, is attached.

5. In return for the above-disclosed fee, I have agreed to render legal service for all aspects of the bankruptcy case, including:

    a.    Analysis of the debtor's financial situation, and rendering advice to the debtor in determining whether to file a petition in bankruptcy;

    b.    Preparation and filing of any petition, schedules, statements of affairs and plan, which may be required;

    c.    Representation of the debtor at the meeting of creditors and confirmation hearing, and any adjourned hearings thereof;

    d.    Representation of the debtor in adversary proceedings and other contested bankruptcy matters;

6.    By agreement with the debtor(s), the above-disclosed fee does not include the following services:

    Any Audit by U.S. Trustee of Means Test.

## CERTIFICATION

I certify that the foregoing is a complete statement of any agreement or arrangement for payment to me for representation of the debtor(s) in this bankruptcy proceedings.

_Oct 21, 2011_          s/Galen W. Pittman
Date                                        Signature of Attorney

                                                     <u>GALEN W. PITTMAN, S.C.</u>
                                                     Name of law firm

IRS
Patricia Patten
Stop 5301 MSN, 30 East 7th Street
St. Paul, MN 55101-4940

Wisconsin Department of Revenue
Post Office Box 8902
Madison, WI 53708

U. S. TRUSTEE OFFICE
780 Regent Street
Suite 304
Madison, WI 53715

ABC
Post Office Box 207
Muscoda, WI 53573

Badger Corrugating Co.
Post Office Box 1450
Minneapolis, MN 55485

Braun
Post Office Box 1450
Minneapolis, MN 55485

CAT
Caterpillar Financial
2120 West End Avenue
Nashville, TN 37203-534

Consumers Coop
Post Office Box 533
Richland Center, WI 53581

County Materials
Post Office Box 100
Marathon, WI 54448

CVT
1410 7th Street NW
Rochester, MN 55901

David Carl Viner
2418 13th Street South
La Crosse, WI 54601

Degenhart Tire
615 West Garland
West Salem, WI 54669

ESS
9350 County Rd. 19
Comcoran Loretto, MN 55357

Fabco
Post Office Box 259040
Madison, WI 53725

Farrell
1510 N. Hastings Way
Eau Claire, WI 54703

G & K
N51 W13915 North Park Drive
Menomonee Falls, WI 53051

Good Year
Post Office Box 25084
Lehigh Valley, PA 18002

Hawk Island
N 4405 Scantleton Road
Black River Falls, WI 54615

Hawkins Ash & Baptie
Post Office Box 1508
La Crosse, WI 54601

Joe Harter & Son
467 West Avenue North
West Salem, WI 54669

Kwik Trip
Post Office Box 1597
La Crosse, WI 54602

La Crosse County Solid Waste
6500 State Rd. 16
La Crosse, WI 54601

La Crosse Seed
Post Office Box 995
La Crosse, WI 54602

Mathy Construction Company
920 10th Avenue North
Onalaska, WI 54650

Mississippi Valley Equip.
2819 Larson Street
La Crosse, WI 54603

Overhead Door
W 6797 Abbey Road
Onalaska, WI 54650

Randy Viner
W5185 Keil Coulee Rd.
La Crosse, WI 54601

The Home Steaders Store
26425 Hwy. 14 E
Richland Center, WI 53581

The Kraemer Co.
Post Office Box 235
Plain, WI 53577

Thill Track & Tractor
W 5010 State Road 85
Eau Claire, WI 54701

Titan
North 1626 Wuensch Road
La Crosse, WI 54601

Tom Kieffer
Hale Skemp
505 King Street, Ste. 300
Post Office Box 1927
La Crosse, WI 54602-1147

Tom Viner
2811 Bayshore Dr.
La Crosse, WI 54601

Xcel
Post Office Box 9477
Minneapolis, MN 55484

Wisconsin Laborers Health Fund, Wisconsin
Laborers Pension Fund, Wis. Laborers
Apprentice and Training Fund, and John J.
Schmitt, Wis. Laborers District Council
c/o Christopher J. Ahrens, Esq.
1555 North RiverCenter Dr., Ste. 202
Milwaukee, WI 53212

Wisconsin Laborers Health Fund, Wisconsin
Laborers Pension Fund, Wis. Laborers
Apprentice and Training Fund,, LECET and
Wis. Laborers District Council
John Schmitt, President,
c/o Christopher J. Ahrens, Esq.
1555 North RiverCenter Dr., Ste. 202
Milwaukee, WI 53212

## LIST OF 20 LARGEST
## UNSECURED CREDITORS
## HARRY VINER, INC.

| | | |
|---|---|---|
| 1. | Tom Viner<br>2811 Bayshore Dr.<br>La Crosse, WI 54601 | $407,849.34 |
| 2. | Randy Viner<br>W5185 Keil Coulee Rd.<br>La Crosse, WI 54601 | Est. $400,000.00 |
| 3. | David Carl Viner<br>2418 13th Street South<br>La Crosse, WI 54601 | Est. $366,162.42 |
| 4. | The Kraemer Co.<br>Post Office Box 235<br>Plain, WI 53577 | $180,117.00 |
| 5. | La Crosse County Solid Waste<br>6500 State Rd. 16<br>La Crosse, WI 54601 | $120,413.93 |
| 6. | Wisconsin Laborers Health Fund, Wisconsin<br>Laborers Pension Fund, Wis. Laborers Apprentice and Training Fund,, LECET and<br>Wis. Laborers District Council<br>John Schmitt, President,<br>c/o Christopher J. Ahrens, Esq.<br>1555 North RiverCenter Dr., Ste. 202<br>Milwaukee, WI 53212 | $104,996.43 |
| 7. | County Materials<br>Post Office Box 100<br>Marathon, WI 54448 | $39,000.00 |
| 8. | Fabco<br>Post Office Box 259040<br>Madison, WI 53725 | $23,941.54 |
| 9. | Consumers Coop<br>Post Office Box 533<br>Richland Center, WI 53581 | $22,571.74 |

| | | |
|---|---|---|
| 10. | Titan<br>North 1626 Wuensch Road<br>La Crosse, WI 54601 | $12,854.14 |
| 11. | Hawkins Ash & Baptie<br>Post Office Box 1508<br>La Crosse, WI 54601 | $10,587.75 |
| 12. | Good Year<br>Post Office Box 25084<br>Lehigh Valley, PA 18002 | $7,761.18 |
| 13. | Kwik Trip<br>Post Office Box 1597<br>La Crosse, WI 54602 | $6,983.47 |
| 14. | La Crosse Seed<br>Post Office Box 995<br>La Crosse, WI 54602 | $6,440.08 |
| 15. | CVT<br>1410 7th Street NW<br>Rochester, MN 55901 | $4,506.00 |
| 16. | Braun<br>Post Office Box 1450<br>Minneapolis, MN 55485 | $4,016.25 |
| 17. | Farrell<br>1510 N. Hastings Way<br>Eau Claire, WI 54703 | $3,700.00 |
| 18. | ESS<br>9350 County Rd. 19<br>Comcoran Loretto, MN 55357 | $2,908.64 |
| 19. | Joe Harter & Son<br>467 West Avenue North<br>West Salem, WI 54669 | $2,306.25 |
| 20. | Overhead Door<br>W 6797 Abbey Road<br>Onalaska, WI 54650 | $1,870.50 |

| 20. | Mississippi Valley Equip.<br>2819 Larson Street<br>La Crosse, WI  54603 | $1,461.80 |
|---|---|---|